**JML LAW**
A PROFESSIONAL LAW CORPORATION
21052 OXNARD STREET
WOODLAND HILLS, CALIFORNIA 91367
Tel: (818) 610-8800
Fax: (818) 610-3030

JOSEPH M. LOVRETOVICH, STATE BAR NO. 73403
jml@jmllaw.com
ELLEN E. COHEN, STATE BAR NO. 258131
ecohen@jmllaw.com
JASON M. YANG, STATE BAR NO. 287311
jason@jmllaw.com
DENISSE LOPEZ C., STATE BAR NO. 289766
denisse@jmllaw.com

JS-6

Attorneys for Plaintiff Sheila Grantham

IAN T. WADE, STATE BAR NO. 229150
iwade@littler.com
KELLY B. HANKER, STATE BAR NO. 257596
khanker@littler.com
LITTLER MENDELSON, P.C.
2049 Century Park East
5th Floor
Los Angeles, CA 90067
Tel: 310.553.0308
Fax: 310.553.5583

Attorneys for Defendants Learning Care Group, Inc.,
Tutor Time Learning Centers, LLC, and Tabitha Waller

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHEILA GRANTHAM, an individual;<br><br>  Plaintiff,<br><br>  vs.<br><br>LEARNING CARE GROUP, INC. dba TUTOR TIME LEARNING CENTERS, LLC, a Michigan Limited Liability Company; TABITHA WALLER, an individual; and DOES 1 through 50, inclusive;<br><br>  Defendants. | Case No. 8:14-CV-00380 CJC-(RNBx)<br><br>**ORDER GRANTING THE PARTIES' STIPULATION FOR ORDER FOR DISMISSAL WITH PREJUDICE** |

1
ORDER

1  Pursuant to Federal Rule of Civil Procedure 41(a), the parties' Stipulation
2  for Dismissal of the Entire Action with Prejudice is GRANTED.

4  **IT IS SO ORDERED.**

7  Dated: July 28, 2014    _____
8                           UNITED STATES DISTRICT
9                                COURT JUDGE

**JML LAW**
A **P**rofessional Law Corporation
21052 Oxnard Street
Woodland Hills, CA 91367
(818) 610-8800